IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

NATHANIEL THOMAS,

    PLAINTIFF,

VS.                                        CIV. ACT. NO.

THE LOVELADY CENTER, INC.

    DEFENDANT.                  JURY TRIAL DEMANDED

<u>COMPLAINT</u>

# EXHIBIT A

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See Privacy Act Statement before completing this form. | AGENCY<br>☐ FEPA<br>☒ EEOC | CHARGE NUMBER<br>420-2016-00393 |
|---|---|---|

RECEIVED NOV 13 2015 U.S. EEOC Birmingham District Office

_____ State or local Agency, if any _____ and EEOC

| NAME (Indicate Mr., Ms., Mrs.)<br>Mr. Nathaniel Thomas, Jr. | HOME TELEPHONE (Include Area Code) |
|---|---|
| STREET ADDRESS         CITY, STATE AND ZIP CODE | DATE OF BIRTH |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

| NAME<br>The Lovelady Center, Inc. | NUMBER OF EMPLOYEES, MEMBERS<br>Over 15 | TELEPHONE (Include Area Code)<br>(205) 951-9230 |
|---|---|---|
| STREET ADDRESS         CITY, STATE AND ZIP CODE<br>7720 Ludington Lane, Irondale, AL 35210 | | COUNTY<br>Jefferson |
| NAME | | TELEPHONE NUMBER (Include Area Code) |
| STREET ADDRESS         CITY, STATE AND ZIP CODE | | COUNTY |

| CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))<br><br>XX RACE     COLOR     SEX    HARASSMENT<br>RELIGION    NATIONAL ORIGIN    RETALIATION<br>AGE    XX PERCEPTION OF DISABILITY<br>OTHER (Specify) | DATE FIRST or CONTINUING DISCRIMINATION TOOK PLACE AND DATE LAST DISCRIMINATION TOOK PLACE (Month Day Year)<br>FIRST:<br>LAST: October 12, 2015 |
|---|---|

THE PARTICULARS ARE (If additional space is needed, attach extra sheet(s):
Please see following page for particulars, attached hereto and made a part hereof.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY - (When necessary for State and Local Requirements)<br><br>Notary signature |
|---|---|
| I declare under penalty of perjury that the foregoing is true and correct.<br><br>*[signature]*<br>NATHANIEL THOMAS, JR.<br>Charging Party (Signature)<br><br>Date: 10-28-15 | SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Day, month, and year)<br>Date: |

EEOC FORM 5 (Rev. 06/92)

Page 2

EEOC Charge of NATHANIEL THOMAS, JR.

1. I began work with Respondent in August 2015.
2. At all times while employed with Respondent, I performed my job duties in a competent or better manner.
3. I was sick enough on October 9, 2015, to have to go to the emergency room. My supervisor told me to take the weekend off.
4. On Sunday, October 11, 2015, my supervisor, Elizabeth (LNU) told me to bring in my medications the next day.
5. On Monday, October 12, 2015, I met with Elizabeth with a list of my medications. She told me she wanted me to take a drug test. I told her she was going to need to give me 15 minutes as I had just urinated.
6. I drank a lot of liquid during those 15 minutes, but before they were up Elizabeth came to me and said that she did not feel safe having me drive her trucks with passengers because I was on Prozac.
7. I told her that I had been taking Prozac while working for her and it did not affect my driving in any way. She still told me I was fired.
8. Approximately one week before I was hired, Elizabeth hired Brent (LNU) (w) as a driver, the same position I held.
9. Respondent's trucks were constantly breaking down, and with the hiring of Brent, Respondent had too many drivers for the operational trucks.
10. Elizabeth terminated my employment in order to give my truck to Brent to drive.
11. I believe that Respondent's perception that I had a disability because of my medication was a motivating factor in the decision to terminate employment in violation of the Americans with Disabilities Act, and that my race, black, was a motivating factor in the decision to terminate my employment in violation of Title VII of the Civil Rights Act of 1964, as amended.

I declare under penalty of perjury that the foregoing is true and correct.

10-28-15
Date

NATHANIEL THOMAS, JR.

## AUTHORIZATION

I, Nathaniel Thomas, Jr., authorize the disclosure of my charge of discrimination filed with the Equal Employment Opportunity Commission to the person at The Lovelady Center, Inc., at the address of 7720 Ludington Lane, Irondale, AL 35210.

_____
NATHANIEL THOMAS, JR.